UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22320-CIV-Goodman

CONSENT CASE

WILLIAM WHELAN, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

ETERNITY BEACHWEAR & MARKET LLC,
a Florida Limited Liability Company, ALISA UNIVERSE LLC,
a Florida Limited Liability Company, d/b/a NITRO DRAGONS,
and ITAMAR MAKMAL, individually,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, WILLIAM WHELAN, and Defendants, ETERNITY BEACHWEAR & MARKET LLC, ALISA UNIVERSE LLC d/b/a NITRO DRAGONS, and ITAMAR MAKMAL, by and through the undersigned counsel, hereby file this Notice of Settlement and advise the Court that the parties have agreed upon a resolution of Plaintiff's FLSA claims in this matter, in connection with which the parties respectfully request permission to provide the Court with the terms of their confidential settlement for review and approval through a telephonic approval hearing.

    RESPECTFULLY SUBMITTED this 11th day of June 2020.

| | |
|---|---|
| By: **Keith M. Stern** | By: **s/Matthew A. Savino** |
| Keith M. Stern, Esquire | Matthew A. Savino, Esquire |
| Florida Bar No. 321000 | Florida Bar No. 1010318 |
| E-mail: employlaw@keithstern.com | E-mail: Matthew@blfmiami.com |
| LAW OFFICE OF KEITH M. STERN, P.A. | THE BERNSTEIN LAW FIRM |
| 80 S.W. 8th Street, Suite 2000 | 3050 Biscayne Boulevard, Suite 403 |
| Miami, Florida 33130 | Miami, Florida 33137 |
| Attorneys for Plaintiff | Attorneys for Defendants |